Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 21 _____ 20 24

Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff

v.

PEDRO SANCHEZ-PEREZ,
aka HUMBERTO PEREZ SANCHEZ,
aka JEFFARY ALEXANDER MENDEZ,
aka LEOBARDO RODRIGUEZ-MORALES,
aka HUGO SANCHEZ-ARIZMENDI,

Defendant.

NO.  CR 24-5190 BHS

INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Reentry of Removed Alien)

On August 7, 2024, in Pierce County, within the Western District of Washington, PEDRO SANCHEZ-PEREZ, an alien, a native and citizen of Mexico, was found in the United States after having been removed therefrom on or about October 15, 2015, at or near El Paso, Texas, and after knowingly and voluntarily reentering the United States

Indictment - 1
*United States v. Sanchez-Perez*
USAO No. 2024R00930

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

without having obtained the express consent of the Attorney General and the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a).

## COUNT TWO

### (Felon in Possession of a Firearm)

On August 7, 2024, in Pierce County, within the Western District of Washington, PEDRO SANCHEZ-PEREZ, knowing he had been convicted of the following crimes:

a. Assault in the Second Degree, Domestic Violence, in violation of the RCW 9A.36.021(1)(c), in the Superior Court of Washington for Pierce County, Case Number 02-1-04434-6, on or about October 18, 2006.

b. Attempted Reentry of Removed Alien, in violation of 8 U.S.C. § 1326(b), in United States District Court for the Southern District of California, 13-CR-1627, on or about August 26, 2013.

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Springfield XD .45 caliber handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 2, PEDRO SANCHEZ-PEREZ shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to: a Springfield XD .45 caliber handgun and approximately 12 rounds of ammunition contained in two magazine clips s.

//

//

//

Indictment - 2
*United States v. Sanchez-Perez*
USAO No. 2024R00930

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 8·21·2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TESSA M. GORMAN
United States Attorney

_____

THOMAS M. WOODS
Assistant United States Attorney

_____

KATHERINE COLLINS
Special Assistant United States Attorney

Indictment - 3
*United States v. Sanchez-Perez*
USAO No. 2024R00930

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970